No. 75–1832. MITCHELL ET UX. *v.* FORD MOTOR Co. C. A. 1st Cir. Motion for certification of question of law to the Supreme Court of New Hampshire and certiorari denied. ▮

No. 75–1900. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO *v.* LIGNOUL, COMMISSIONER OF BANKS AND TRUST COMPANIES OF ILLINOIS; and

No. 76–17. FIRST NATIONAL BANK OF CHICAGO *v.* LIGNOUL, COMMISSIONER OF BANKS AND TRUST COMPANIES OF ILLINOIS. C. A. 7th Cir. Motion of Independent Community Banks in Illinois for leave to file a brief as *amicus curiae* in No. 75–1900 granted. Certiorari denied. ▮

No. 75–1909. LUCAS ET AL. *v.* RIVERS; and

No. 75–6792. RIVERS *v.* LUCAS ET AL. C. A. 6th Cir. Motion of respondent in No. 75–1909 for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 75–1920. UNITED STATES *v.* LONG ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–6641. PALMER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari. ▮

No. 75–6642. VICKERS *v.* McKENZIE, WARDEN. Sup. Ct. App. W. Va. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.